# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA GREAT FALLS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RAYMOND BRYAN WHITTEMORE,

Defendant.

**Case No. CR 26-58-GF-BMM**

**ORDER**

The Defendant Raymond Whittemore (Whittemore) appeared before the undersigned at a detention hearing on August 25, 2026. The Court detained Whittemore until a bed date opened up at Connections Corrections in Warm Springs, Montana. (Doc. 15.) United States Probation contacted the Court on August 25, 2026 indicating a bed is available for Whittemore at Connections Corrections on August 27, 2026.

Accordingly, IT IS HEREBY ORDERED that Whittemore will be released from the Cascade County Detention Center on Thursday, August 27, 2026 at 10:30 a.m. Whittemore will be transported to Connections Corrections in Warm Springs, Montana by Jade Whittemore. Whittemore will arrive at Connections Corrections by 3:00 p.m.

DATED this 26th day of August 2026.

John Johnston
United States Magistrate Judge